**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WANDA ARMSTRONG,
    Plaintiff,

vs.                                      CASE NO. 8:12-CIV-2332-T-17-TGW

MICHAEL J. ASTRUE, etc.,
    Defendant.
_____/

**ORDER**

This cause is before the Court on the unopposed motion for entry of judgment with remand (Doc. 11). Accordingly, it is

**ORDERED** that the unopposed motion for entry of judgment with remand (Doc. 11) be **granted**; the matter be reversed and remanded, under sentence four of 42 U.S.C. §405 (g), to the Commissioner for further action; and the Clerk of Court is directed to enter judgment and close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 5th day of February, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record